IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L. PAGE, | No. C 12-3721 WHA (PR) |
|     Petitioner, | **ORDER DENYING RECONSIDERATION** |
|     v. | |
| AUDREY KING, Acting Executive Director California Department of Mental Health, | (Docket No. 27) |
|     Respondent. | |

Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241 challenging his civil commitment to a California mental health institution pursuant to California's Sexually Violent Predators Act. *See* Cal. Welf. & Inst. Code 6600, et seq. ("SVPA"). The petition was **DISMISSED** without prejudice, and the United States Court of Appeals subsequently dismissed his appeal because it was "so insubstantial as to warrant further review." Petitioner has filed a motion for reconsideration in which he reiterates arguments he made on appeal that the analysis underlying the dismissal of his petition was erroneous. Such arguments can be raised on appeal but do not set forth grounds for reconsideration. *See Twentieth Century - Fox Film Corp. v. Dunnahoo*, 637 F.2d 1338, 1341 (9th Cir. 1981) (motions for reconsideration are not a substitute for appeal or a means of attacking some

perceived error of the court). For these reasons, and in light of the Court of Appeals's rejection of his appeal, the motion for reconsideration (dkt. 27) is **DENIED**.

**IT IS SO ORDERED.**

Dated: August   15   , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE