IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L. PAGE,<br><br>        Petitioner,<br><br>  v.<br><br>AUDREY KING, Acting Executive Director California Department of Mental Health,<br><br>        Respondent. / | No. C 12-3721 WHA (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

      Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241 challenging his civil commitment to a California mental health institution pursuant to California's Sexually Violent Predators Act. *See* Cal. Welf. & Inst. Code 6600, et seq. ("SVPA"). The petition was dismissed without prejudice and a certificate of appealability was denied. Petitioner appealed, and the United States Court of Appeals subsequently dismissed his appeal because it was "so insubstantial as to warrant further review." Petitioner filed a motion for reconsideration. The motion was denied and he has appealed that decision. Pursuant to the referral by the Court of Appeals, the appeal has been reviewed and petitioner has failed to make a substantial showing that a reasonable jurist would find this court's denial of his motion or

dismissal of his underlying petition debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted.

**IT IS SO ORDERED.**

Dated: January  7 , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE